UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 21-cr-221-01-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TREVOR LEE (01) | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offenses charged in Count 2 and Count 3 of the Indictment.

THUST DONE AND SIGNED in Shreveport, Louisiana, this 2l day of August, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE